CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102-3495
　　Telephone: (415) 436-7177
　　Facsimile: (415) 436-7234
　　molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMIT SHARMA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　Defendant. | Case No. 5:26-cv-01123-PCP<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT AND ~~[PROPOSED]~~ ORDER** |

On April 21, 2026, the Court granted the parties' stipulation to extend time for Defendant's response to Plaintiff's complaint, setting a due date for Defendant's response as May 20, 2026. *See* Dkt. 14. Plaintiff and Defendant now stipulate and respectfully request the Court to grant an additional extension of time for Defendant's response to Plaintiff's complaint and set a due date for June 19, 2026. The parties make this request because the agency needs an additional brief period of time to prepare their response. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request a corresponding extension on the deadline for filing a summary judgment motion. The parties request that Defendant file their motion for summary judgment by August 17, 2026.

//

//

Stipulation to Extend
Case No. 5:26-cv-01123-PCP　　　　　　　　　1

Dated: May 20, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: May 20, 2026

*/s/ Jesse M. Bless*
JESSE M. BLESS
Bless Litigation, LLC

*/s/ Kristina David*
KRISTINA DAVID
David Strashnoy Law, PC

Attorneys for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 26, 2026

HON. P. CASEY PITTS
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:26-cv-01123-PCP                    2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendant in the above-captioned action.

2.      On April 21, 2026, the Court granted the parties' stipulation to extend time for Defendant's response to Plaintiff's complaint, setting a due date for Defendant's response as May 20, 2026. *See* Dkt. 14.

3.      My office has been conferring with the agency regarding this case and we determined that Defendant needs a brief period of additional time to prepare their response. Accordingly, my office contacted Plaintiff's counsel regarding Defendant's request for an additional extension of time to prepare their response to the complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  May 20, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
Case No. 5:26-cv-01123-PCP                    3